**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Idalmis Espinosa    JOINT DEBTOR: _____    CASE NO.: _____
Last Four Digits of SS# 3913    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.   $ 131.98  for months 1 to 60 ; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650  TOTAL PAID $ 1900  Balance Due $ 1750
                        payable $ 87.50 /month (Months 1 to 20)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____     Arrearage on Petition Date $ _____
Address: _____      Arrears Payment   $ _____ /month (Months ____ to ____)
        _____        Regular Payment   $ _____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None _____    Total Due $ _____
                        Payable  $ _____ /month (Months ____ to ____) Regular Payment $ _____

<u>Unsecured Creditors</u>: Pay $ 31.28 /month (Months 1 to 20) and Pay $ 118.78 /month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Chase Mortgage and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/Robert Sanchez, Esq.
Attorney for the Debtor                                        Joint Debtor
Date: 9-20-2016                                                 Date: _____


LF-31 (rev. 01/08/10)