UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Idalmis Espinosa                                          Case No: 16-22856-RAM
                                                          Chapter 7

_____Debtor_____/

## NOTICE OF ADDRESS CORRECTION

COMES NOW the Debtors Idalmis Espinosa by and through the undersigned counsel and files this Notice of address correction would state as follows:

1.    The debtor has moved since the date of filing.

2.    The debtor would like to correct her address to 850 West 49 Street, Hialeah, FL 33012.

I HEREBY CERTIFY that a true and correct copy of the Notice Address Correction was upload cm/ecf on this 24th day of October 2016.

.

Robert Sanchez, Esq.
355 West 49 Street
Hialeah, FL 33012
Tel. (305)-687-8008

By: _/s/ Robert Sanchez_____
Robert Sanchez, Esquire
FBN#0442161