UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
IDALMIS ESPINOSA
AKA IALMIS ESPINOSA                                             Case No. 16-22856-RAM
AKA YDALMIS ESPINOSA
AKA IDALMIS ESPINOZA                                            Chapter 13
Debtor(s)
_____/

## OBJECTION BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)

JPMorgan Chase Bank, National Association ("Creditor"), by and through its undersigned counsel, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed. In support of this Objection, the Creditor avers as follows: Creditor holds a first mortgage lien on real property owned by the Debtor located at 7026 MOON CT, INDIANAPOLIS, IN 46241.

1. The Creditor shall file a proof of claim which sets forth pre-petition arrearages due and owing in regards to the loan account.

2. The Plan fails to provide for payment of the full amount of these pre-petition arrearages through the Plan. The Creditor estimates that the arrears will total $1,477.43 and will file a Proof of Claim.

3. The Debtor's Plan fails to adequately address the arrears due to Movant.

4. The plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

PH # 79830

**WHEREFORE**, Creditor, JPMorgan Chase Bank, National Association**,** respectfully requests the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

**I HEREBY CERTIFY** , that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

PH # 79830

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

IDALMIS ESPINOSA
850 WEST 49 ST
HIALEAH, FL 33012
AKA IALMIS ESPINOSA
AKA YDALMIS ESPINOSA
AKA IDALMIS ESPINOZA

ROBERT SANCHEZ, ESQ.
355 W 49 ST.
HIALEAH, FL 33012

NANCY K. NEIDICH, (TRUSTEE)
POB 279806
MIRAMAR, FL 33027

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVENUE, ROOM 1204
MIAMI, FL 33130

Date: January 12, 2017         /s/ Stefan Beuge, Esquire
                               Stefan Beuge, Esq., Florida Bar No. 68234
                               Phelan Hallinan Diamond & Jones, PLLC
                               2727 West Cypress Creek Road
                               Ft. Lauderdale, FL 33309
                               Tel: 954-462-7000 Ext. 56588
                               Fax: 954-462-7001
                               Email:
                               FLSD.bankruptcy@phelanhallinan.com

PH # 79830